**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 16-7435**

————————————

WINCHAUS HAYES,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,

Defendant – Appellee,

and

ERIC D. WILSON, Warden; CHARLES E. SAMUELS, Director, FBOP;
(MR.) LAWSON, Supervisor,

Defendants.

————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:14-cv-00532-RAJ-LRL)

————————————

Submitted: December 15, 2016        Decided: December 20, 2016

————————————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Winchaus Angelo Hayes, Appellant Pro Se. Virginia Lynn Van
Valkenburg, Assistant United States Attorney, Norfolk, Virginia,
for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winchaus Angelo Hayes appeals the district court's order denying relief on his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hayes v. United States</u>, No. 2:14-cv-00532-RAJ-LRL (E.D. Va. Aug. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>